No. 91–8060.  ABELLO-SILVA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–8076.  NAZEMIAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 91–8080.  JACQUES-LOUIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8084.  HAYNES *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–8096.  BOWER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–8104.  NICKENS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 91–8106.  HAGMANN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–8108.  MASAT *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–8119.  HOGLE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–8121.  HENDERSON *v.* ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 91–8123.  STEPHENS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 91–8127.  BASKIN *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–8129.  GRUBBS *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–8132.  GRIMM *v.* JACKSON ET AL.  C. A. 4th Cir.  Certiorari denied.